

# IN THE
## TENTH COURT OF APPEALS

### No. 10-12-00143-CR

**CHARLES ANDREW SILVA,**

                                                   **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                   **Appellee**

---

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2011-1825-C2

---

## MEMORANDUM OPINION

---

Charles Silva was found guilty of aggravated sexual assault and sentenced to twenty-eight years in prison. Silva's appointed appellate counsel has filed a motion to withdraw and an *Anders* brief, asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous.[1] *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

---

[1] Appointed appellate counsel identifies a potential issue (ineffective assistance) but concludes that it would be unsuccessful on direct appeal. We agree. Silva's *pro se* response also raises ineffective assistance, but it is not potentially arguable on direct appeal.

In an *Anders* case, we must, "after a full examination of all the proceedings, []
decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744, 87 S.Ct. at 1400;
*accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is
"wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy
v. Court of Appeals*, 486 U.S. 429, 439 n.10, 108 S.Ct. 1895, 1902 n.10, 100 L.Ed.2d 440
(1988).

We have conducted an independent review of the record, and because we find
this appeal to be wholly frivolous, we affirm the judgment. We grant appointed
counsel's motion to withdraw from representation of Silva. Notwithstanding this grant,
appointed counsel **must** send Silva a copy of our decision, notify him of his right to file
a pro se petition for discretionary review, and send this Court a letter certifying
counsel's compliance with Texas Rule of Appellate Procedure 48.4. TEX. R. APP. P. 48.4;
*see also Ex parte Owens*, 206 S.W.3d 670, 673-74 (Tex. Crim. App. 2006).


REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Affirmed
Opinion delivered and filed February 7, 2013
Do not publish
[CRPM]